Same case below, 376 Fed. Appx. 1.

**No. 10-5003. Gilberto D. Hernandez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1065, 131 S. Ct. 639, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9146.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 366 Fed. Appx. 530.

**No. 10-5078. Jairo Gamboa-Victoria, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 639, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9339.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5106. Garfield Redd, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9389.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 413.

**No. 10-5130. Joseph Mann Propst, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9085.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 42.

**No. 10-5135. Robert Wooten, Petitioner v. California, et al.**

562 U.S. 1065, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9413.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 783.

**No. 10-5149. Michael C. Nobari, Edison Shino, Eddy George, and Rito Zazueta, Petitioners v. United States.**

562 U.S. 1066, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9425.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 574 F.3d 1065.

**No. 10-5229. Christopher L. Alexander, Petitioner v. United States.**

562 U.S. 1066, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9164.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 602 F.3d 639.